1  Robert C. Weems (SBN 148156)
   WEEMS LAW OFFICES
2  769 Center Blvd., PMB 38
   Fairfax, CA  94930
3  Ph: (415) 881-7653
4  Fx: (866) 610-1430
   rcweems@weemslawoffices.com
5
6  Attorney for Plaintiff
7
8
9                    UNITED STATES DISTRICT COURT
10           FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                       SAN FRANCISCO DIVISION
12
13 TABITHA WINONA FALLSTEAD,          Case No:  3:16-cv-00829-JST
        Plaintiff,
14                                    STIPULATION AND ORDER FOR
15 v.                                 EXTENSION OF TIME
                                      [Fed.R.Civ.P. 6]
16 CAROLYN W. COLVIN, Acting
   Commissioner of Social Security,
17
        Defendant
18
19       Plaintiff requests an extension of thirty (30) days for all deadlines in this case.
20 Plaintiff's counsel asserts that the complexity of the case and extensive administrative
21 record evaluation has become more problematical than originally expected necessitating
22 additional time to draft and file a motion for summary judgment.
23       The parties request this extension in good faith, with no intent to prolong
24 proceedings unduly.
25       Defendant does not object to allowing Plaintiff the additional time to draft her
26 motion for summary judgment and, subject to the Court's approval, stipulates to thirty
27 (30) days extension of time to allow Plaintiff to file her motion for summary judgment in
28

                                          1
Stipulation and Order

this action. Plaintiff's motion for summary judgment is now due on October 29, 2016. This is Plaintiff's first request for additional time.

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | BRIAN STRETCH |
| | United States Attorney |
| | DEBORAH STACHEL |
| | Regional Chief Counsel, |
| | Region IX |
| | Social Security Administration |

/s/Robert C. Weems

Robert C. Weems, Attorney for Plaintiff

By: /s/ Ann L. Maley

Special Assistant United States Attorney and Attorney for the Defendant (per e-mail authorization)

SO ORDERED:

DATE: October 3, 2016

JON S. TIGAR
JUDGE OF THE UNITED STATES DISTRICT COURT

2

Stipulation and Order

DECLARATION OF CONCURRENCE OF SIGNATURE

GENERAL ORDER 131, X

I, Robert C. Weems, hereby declare and attest that concurrence in the filing of the document has been obtained from each of the other signatories, or from the single signatory (in the case, e.g., of a declaration) whose signature is indicated by the notation " /s/ [name of signatory]."[1]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Robert C. Weems
Robert C. Weems

---

[1] The filer shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any) unless filer has attached a scanned image of the signature page(s) of the document being electronically filed in lieu of maintaining the paper record for subsequent production if required.