BRIAN J. STRETCH
United States Attorney
DEBORAH LEE STACHEL
REGIONAL CHIEF COUNSEL, REGION IX
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8974
    Facsimile: (415) 744-0134
    Email: ann.maley@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABITHA WINONA FALLSTEAD,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No.  _3:16-cv-00829-~~CRB~~ JST_<br><br>**[~~PROPOSED~~] ORDER RE:**<br><br>**STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

      Based upon the parties' Stipulation IT IS ORDERED that Defendant shall have a 30-day extension, until January 17, 2017, to file her Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment. All other deadlines are extended accordingly, as set forth in the Procedural Order for Social Security Review Actions (Docket No. 5).

1
2
3
4  Date: December 15, 2016
5                                                                              _____
                                                                                         JON S. TIGAR
6                                                                              United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28